IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:14-548 |
| | ) | |
| vs. | ) | |
| | ) | **AMENDED** |
| **ARCHIE LARUE EVANS** | ) | **PROTECTIVE ORDER** |

On September 8, 2014, this Court signed an Order governing the disclosure of discovery materials in the above-captioned case. The Government has moved to amend that Order as detailed below, and that motion is granted.

On September 8, 2014, the Court signed a Protective Order which provided that the Attorney for the Defendant could allow the Defendant to review all discovery materials, but prohibited her from providing copies of discovery materials to the defendant. Further, the order specifically prohibited the release of discovery materials into the jails. On December 5, 2014, the Court granted the defendant's motion to proceed *pro se*. However, the Court ordered that the Attorney for the Defendant continue to serve as "stand-by counsel."

Because the Defendant is in custody pending the trial of his case, the government seeks to amend the disclosure order to permit the release of certain discovery materials to the Defendant. Specifically, the government requests permission to release all discovery materials with the exception of **1) the grand jury transcript; 2) the surveillance video of the charged incident;** and **3) a pictorial directory of the courthouse security officers**. The government further requests that, with regard to these three excepted items, Stand-by Counsel be permitted to review

these items of discovery with the Defendant, but that Stand-by Counsel be required to maintain custody of that discovery and not release it into the jail.

Therefore, it is

ORDERED that the United States and Stand-by Counsel for the Defendant are authorized to release discovery materials to the Defendant, except that no one shall release to the custody of the Defendant or into the jail, the following items:  **1) the grand jury transcript; 2) the surveillance video of the charged incident;** and **3) a pictorial directory of the courthouse security officers.**   In all other respects, the previously issued disclosure order remains in effect.

IT IS SO ORDERED.

/s/Bruce Howe Hendricks
United States District Judge

December 23, 2014
Florence, South Carolina